IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

DANNY LEE HOOPER,
ADC #107609                                                                                      PLAINTIFF

v.                                              2:09CV00135HLJ

W. JAMISON, et al.                                                                            DEFENDANTS

ORDER

By Order dated November 30, 2009 (DE #13), this Court granted plaintiff's motion to re-open this action, and directed plaintiff to file an amended complaint within twenty days of the date of the Order. Plaintiff has now submitted an amended complaint (DE #17). Having reviewed the original and amended complaints, and construing them together, it now appears to the Court that service is appropriate. Accordingly,

IT IS, THEREFORE, ORDERED that service is appropriate for the defendants Jamison, Harmon, Ball, M. Smith, and Mounger. The Clerk of the Court shall prepare summons for the defendants and the United States Marshal is hereby directed to serve a copy of the original (DE #2) and amended complaints (DE #17) and summons on defendants in care of the Arkansas Board of Correction and Community Punishment Compliance Division, P.O. Box 20550, Pine Bluff, AR 71612-0550, without prepayment of fees and costs or security therefore.

IT IS FURTHER ORDERED that plaintiff's motion for the appointment of counsel (DE #16) is hereby DENIED without prejudice.

IT IS SO ORDERED this 14th day of January, 2010.

_____
United States Magistrate Judge