# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

**DANNY LEE HOOPER**  **PLAINTIFF**
**ADC #107609**

**VS.**     **NO. 2:09CV00135 SWW/BD**

**WESLEY JAMISON, et al.**  **DEFENDANTS**

## ORDER

The Court has received the Partial Recommended Disposition from Magistrate Judge Beth Deere. After careful review of the recommendation, the timely objections received thereto, as well as a *de novo* review of the record, the Court concludes that the Partial Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in all respects in its entirety.

Accordingly, the motion to dismiss filed by Defendants Greg Harmon and Todd Ball (docket entry #60) is GRANTED and all of Plaintiff's claims against these Defendants are dismissed with prejudice.

IT IS SO ORDERED this 4th day of November, 2010.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE