**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

**DANNY LEE HOOPER**                                                  **PLAINTIFF**
**ADC #107609**

**VS.**                     **NO.  2:09CV00135 SWW/BD**

**WESLEY JAMISON, et al.**                                        **DEFENDANTS**

## **ORDER**

The Court has received the Partial Recommended Disposition from Magistrate Judge Beth Deere.  After careful review of the recommendation, the timely objections received thereto, as well as a *de novo* review of the record, the Court concludes that the Partial Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in all respects in its entirety.

Accordingly, Plaintiff's motion to amend his complaint (docket entry #74) is DENIED, this 4th day of November, 2010.

                                                                  /s/Susan Webber Wright

                                                               UNITED STATES DISTRICT JUDGE