## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## EASTERN DIVISION

**DANNY LEE HOOPER**                                                          **PLAINTIFF**
**ADC #107609**

**VS.**                             **NO.  2:09CV00135 SWW/BD**

**WESLEY JAMISON, et al.**                                          **DEFENDANTS**

## <u>ORDER</u>

The Court has received the Recommended Disposition from Magistrate Judge

Beth Deere.  The parties have not filed objections.  After careful review of the

recommendation, the Court concludes that the Recommended Disposition should be, and

hereby is, approved and adopted as this Court's findings in all respects

Mr. Jamison's motion for summary judgment (docket entry #112) is GRANTED.

Mr. Hooper's claims against Mr. Jamison are DISMISSED without prejudice.

IT IS SO ORDERED this 19th day of September, 2011.

<u>/s/Susan Webber Wright</u>

UNITED STATES DISTRICT JUDGE