# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## EASTERN DIVISION

**DANNY LEE HOOPER**  **PLAINTIFF**
**ADC #107609**

**VS.**  **NO. 2:09CV00135 SWW/BD**

**WESLEY JAMISON, et al.**  **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED this 19th day of September, 2011.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE