# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## EASTERN DIVISION

**DANNY LEE HOOPER**                                                                                           **PLAINTIFF**
**ADC #107609**

**VS.**                              **NO.  2:09CV00135 SWW/BD**

**WESLEY JAMISON, et al.**                                                                                **DEFENDANTS**

### AMENDED ORDER ADOPTING RECOMMENDED DISPOSITION

By order entered September 19, 2011 (docket entry #130), the Court adopted Magistrate Judge Beth Deere's recommended disposition, recommending dismissal of this action for failure to exhaust administrative remedies.  The order adopting the recommended disposition incorrectly states that no objections were filed.  Plaintiff filed objections to the recommended disposition (docket entry #129), and the Court considered those objections and made a *de novo* review of pertinent portions of the record before adopting Judge Deere's recommended disposition.  Accordingly, the order entered September 19, 2011 is hereby amended to reflect that the Court considered Plaintiff's filed objections as stated above.

IT IS SO ORDERED this 23rd day of September, 2011.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE