**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

**DANNY LEE HOOPER**                                                    **PLAINTIFF**
**ADC #107609**

**VS.**                  **NO. 2:09CV00135 SWW/BD**

**WESLEY JAMISON, et al.**                                  **DEFENDANTS**

**ORDER**

By order entered September 23, 2011 (docket entry #133), the Court amended its order (docket entry #130) dismissing this action for failure to exhaust administrative remedies. As explained in the order entered September 23, 2011, the original order entered September 19, 2011 incorrectly states that no objections were filed. Plaintiff filed timely objections to the recommended disposition, and the Court considered those objections and made a *de novo* review of pertinent portions of the record before adopting Magistrate Judge Beth Deere's recommended disposition.

Now before the Court is Plaintiff's motion for reconsideration, asking the Court to consider his objections to the recommended disposition. For the reasons stated above, the motion (docket entry #135) is DENIED.

IT IS SO ORDERED this 28th day of September, 2011.

                                                       /s/Susan Webber Wright

                                                     UNITED STATES DISTRICT JUDGE